## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### CASE NO.:

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>POSH MOMMY, LLC dba QUEEN ANNA HOUSE OF FASHION and NICOLE LAQUITA JENNINGS,<br><br>              Defendants. | **COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff AUGUST IMAGE, LLC by and through its undersigned counsel, brings this Complaint against Defendants POSH MOMMY, LLC dba QUEEN ANNA HOUSE OF FASHION and NICOLE LAQUITA JENNINGS for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.      Plaintiff AUGUST IMAGE, LLC ("August") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute August's original copyrighted Work of authorship.

2.      August is a unique agency model offering a boutique experience for clients worldwide. Beyond the unique creative caliber and exclusivity of August's photography, their deep knowledge of their collection and focus on the highest-level of customer service make August an exceptional visual resource.  August is dedicated to representing an elite group of portrait, lifestyle, beauty, & fashion photographers for editorial and

commercial licensing. August is the exclusive representatives for the work of some of the most creative and innovative contemporary photographers including Martin Schoeller, Art Streiber, Camilla Akrans, Ben Hassett, Kenneth Willards, Joe Pugliese, and many more.

3.    Defendant POSH MOMMY, LLC dba QUEEN ANNA HOUSE OF FASHION ("Posh Mommy") is a clothing and accessories company that sells products both online and in a brick-and-mortar store in Minneapolis, Minnesota.  At all times relevant herein, Posh Mommy owned and operated the website located at the internet URL https://www.queenanna.co/ (the "Website").

4.    Defendant NICOLE LAQUITA JENNINGS ("Jennings") is upon information and belief the owner of Posh Mommy and the registrant of the Website.

5.    Defendants Posh Mommy and Jennings are collectively referred to herein as "Defendants."

6.    August alleges that Defendants copied August's copyrighted Work from the internet in order to advertise, market and promote their business activities.  Defendants committed the violations alleged in connection with their business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

2

9.      Defendants are subject to personal jurisdiction in Minnesota.

10.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11.     Posh Mommy, LLC dba Queen Anna House of Fashion is a Michigan Limited Liability Company, with its principal place of business at 109 North 2nd Street, Minneapolis, Minnesota, 55437-3806, and can be served by serving its Registered Agent, Nicole Jennings, 350 East Michigan Avenue, Suite 500, Kalamazoo, Michigan, 49007.

12.     Nicole Laquita Jennings is an individual residing in Hennepin County, state of Minnesota and can be served at 4603 Annaway Drive, Minneapolis, Minnesota, 55436.

## THE COPYRIGHTED WORK AT ISSUE

13.     In 2008, Joseph Pugliese dba Joe Pugliese Photographs ("Pugliese") created the photograph entitled "AU2172550"  as a work-for-hire for August, which is shown below and referred to herein as the "Work."



14.     Pugliese registered the Work with the Register of Copyrights on September 5, 2008 as part of a group registration.  The Group Registration was assigned registration number VAu 971-170.  The Certificate of Registration is attached hereto as **Exhibit 1**.

15.     August is the owner of the Work by Assignment.

## INFRINGEMENT BY DEFENDANTS

16.     Defendants have never been licensed to use the Work for any purpose.

17.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

18.     On or about May 31, 2024, August discovered the unauthorized use of its Work on the Website in a "Style Mark Blog" entitled "How to Dress for Success: Style Tips for Women in Leadership Roles" posted on March 22, 2023.

4

19.     Defendants copied August's copyrighted Work without August's permission.

20.     After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their ladies clothing and accessories sales business.

21.     Defendants copied and distributed August's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

22.     Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

23.     August never gave Defendants permission or authority to copy, distribute or display the Work for any purpose.

24.     August notified Defendants of the allegations set forth herein on September 3, 2024 and September 18, 2024. Defendants failed to respond to any communications.

<u>**COUNT I**</u>
<u>**DIRECT COPYRIGHT INFRINGEMENT**</u>

25.     August incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26.     August owns a valid copyright in the Work.

27.     Pugliese registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28.     Defendants copied, displayed, and distributed the Work and made derivatives of the Work without August's authorization in violation of 17 U.S.C. § 501.

29.     Defendants performed the acts alleged in the course and scope of its business activities.

30.     Defendants' acts were willful.

31.     August has been damaged.

32.     The harm caused to August has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

33.     August incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

34.     Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

35.     Defendants has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

36.     Despite having the ability to stop the infringed Work from being displayed on its Website, Defendants allowed the materials to remain up for display.

37.     To the extent that the actions described above were performed by the third-party alone, Defendants is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without August's authorization in violation of 17 U.S.C. § 501.

38.     August has been damaged.

6

39.     The harm caused to August has been irreparable.

WHEREFORE, the Plaintiff AUGUST IMAGE, LLC prays for judgment against the Defendants POSH MOMMY, LLC dba QUEEN ANNA HOUSE OF FASHION and NICOLE LAQUITA JENNINGS that:

a.     Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendants be required to pay August its actual damages and Defendants' profits attributable to the infringement, or, at August's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     August be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     August be awarded pre- and post-judgment interest; and

e.     August be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

August hereby demands a trial by jury of all issues so triable.

Dated: September 17, 2025                    Respectfully submitted,


                                            */s/ Nathan M. Hansen*
                                            NATHAN M. HANSEN
                                            MN Bar Number: 0328017
                                            P.O. Box 575
                                            Willernie, MN  55090
                                            651.704.9600 - Telephone
                                            nathan@hansenlawoffice.com

                                            *Counsel for Plaintiff August Image, LLC*